IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA I. GOSHADE**                                                                                    **PLAINTIFF**
ADC #183630

v.                               Case No. 4:23-CV-01209-LPR

**JOE DON WINNINGHAM, et al.**                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case (and all claims therein) is hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 29th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE